

# United States District Court

### Western District of Pennsylvania
### 821 U. S. Post Office & Courthouse
### Pittsburgh, Pennsylvania 15219

Gustave Diamond
U.S. District Judge

Telephone
(412) 208-7390

August 13, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
Honorable Ortrie D. Smith, Chair
One Columbus Circle, NE
Washington, D.C. 20544

Re: Calendar Year 2006 Filing

Dear Judge Smith:

     In response to your letter of August 9, 2007, I am submitting the enclosed amended page 7 of my 2006 Financial Disclosure Report.

     I had inadvertently omitted from the 2006 Report not only the Bank of America and Wal-Mart stock items, which you indicated in your letter I had reported for 2005 at page 7 lines 55 and 56, but also a Fed-Ex Corp. stock item, which I had reported at page 7 line 57. I assume you did not bring the line 57 Fed-Ex omission to my attention because I reported Fed-Ex in the 2006 Report at line 35. However, I have Fed-Ex stock in two separate accounts and intentionally reported it twice in the 2005 Report to reflect that fact.

     Amended page 7 now reports those three items at lines 55, 56, 57 and also eliminates line 51, which erroneously duplicated line 51 from page 6.

Sincerely,



Judge Gustave Diamond

Enclosure

# FINANCIAL DISCLOSURE REPORT
Page 7 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 8/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity, Equity Income Individual | A | Dividend | L | T | Buy | 12/1 | J | | |
| 53. Fidelity, Canada | A | Dividend | J | T | Buy | 8/2 | J | | |
| 54. Fidelity, Latin American | A | Dividend | J | T | Buy | 8/2 | J | | |
| 55. Bank of America, stock | A | Dividend | J | T | | | | | |
| 56. Wal-Mart Stores, Inc., stock | A | Dividend | J | T | | | | | |
| 57. Fed-Ex Corp., stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) <br><br> DIAMOND, GUSTAVE | 2. Court or Organization <br><br> U.S. District Court, W.D. PA | 3. Date of Report <br><br> 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) <br><br> ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 6. Reporting Period <br><br> 01/01/2006 <br> to <br> 12/31/2006 |
| 7. Chambers or Office Address <br><br> U.S. District Court, W.D. PA <br> 821 U.S.P.O. & Courthouse <br> Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 17 P 12: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Part Redem | 12/6 | J | | |
| 2. Formerly Legg-Mason Mny Mkt, now Smith Barney cash portfolio | A | Interest | K | T | | | | | |
| 3. Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 4. AFLAC, Stock | A | Dividend | K | T | | | | | |
| 5. American Funds, Investment Co. of Am. | A | Dividend | K | T | Buy | 9/7 | J | | |
| 6. Motorola, Stock | A | Dividend | J | T | | | | | |
| 7. Procter & Gamble, Stock | A | Dividend | K | T | | | | | |
| 8. Duke Realty, Pref Stock | B | Dividend | K | T | | | | | |
| 9. PNC, Stock | A | Dividend | K | T | | | | | |
| 10. Suntrust Banks | A | Dividend | J | T | | | | | |
| 11. American Funds, Growth Fund of America | A | Dividend | K | T | | | | | |
| 12. Baxter Int'l, Stock | A | Dividend | | | Sell | 11/21 | J | (A) | |
| 13. Legg Mason Cash Reserves | | None | | | | | | | See Note 2 |
| 14. American Balanced Fund | B | Dividend | K | T | | | | | |
| 15. Blackrock Dividend Achievers Trust | A | Dividend | J | T | Part Sell | 12/14 | J | | See Note 1 |
| 16. American Funds, Capital Income Builder | C | Dividend | M | T | | | | | |
| 17. Freescale Seminconductor | | None | J | T | sell | 12/6 | | | See Note 3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Funds, New Perspective | A | Dividend | K | T | Buy | 5/8 | J | | |
| 19. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 20. Daimler Chysler Bond | B | Interest | K | T | | | | | |
| 21. BGE-Capital Trust II | B | Interest | K | T | | | | | |
| 22. G-M Acceptance Corp, Bond | B | Interest | K | T | | | | | |
| 23. Sears Roebuck Acceptance Corp, Bond | B | Interest | K | T | | | | | |
| 24. American Funds, Cap. Income Builder | C | Dividend | L | T | | | | | |
| 25. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 26. Am Funds, Small Cap World Funds | A | Dividend | L | T | | | | | |
| 27. Am Funds, New Perspective Fund | A | Dividend | L | T | | | | | |
| 28. | | None | | | Buy | 6/21 | J | | |
| 29. Am Funds, Investment Co. of Am. | B | Dividend | L | T | | | | | |
| 30. Smith Barney-Bank Deposit Program (formerly Legg M. Mon Mt) | A | Interest | J | T | | | | | |
| 31. Am. Funds, Washington Mutual I.F. | B | Dividend | M | T | | | | | |
| 32. Allegheny Co. Fed Credit Union - CD | A | Interest | J | T | | | | | |
| 33. Pfizer | A | Dividend | J | T | | | | | |
| 34. Am. Funds, Capital World Growth Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed-Ex Corp Stock | A | Dividend | J | T | Buy | 7/21 | J | | |
| 36. American General Insurance | A | Interest | J | T | | | | | |
| 37. Mass. Mutual Life Policy | D | Dividend | K | T | | | | | |
| 38. National City Bank - Bank Acct. | A | Interest | J | T | | | | | |
| 39. Parkvale Bank C.D. | B | Interest | | | Redeem | 5/13 | L | | |
| 40. Countrywide Bank - C.D. | B | Interest | L | T | Buy | 6/2 | L | | |
| 41. Countrywide Bank - C.D. | C | Interest | L | T | Renew | 6/15 | M | | |
| 42. Countrywide Bank - C.D. | B | Interest | K | T | Renew | 5/5 | K | | |
| 43. National City Bank - C.D. | A | Interest | | | Redeem | 9/5 | J | | |
| 44. National City Bank - C.D. | A | Interest | J | T | | | | | |
| 45. National City Bank - C.D. | A | Interest | | T | Redeem | 10/11 | J | | |
| 46. Parkvale Bank - Savings Cert. | A | Interest | K | T | | | | | |
| 47. Term Share Certificate Tri-Boro Fed. Credit Union | A | Interest | K | T | Buy | 9/5 | K | | |
| 48. Term Share Certificate Tri Boro Fed. Credit Union | A | Interest | J | T | Buy | 9/1 | J | | |
| 49. National City - C.D. | A | Interest | | T | Buy Redeem | 1/31 9/1 | J J | | |
| 50. American Funds, Washington Mutual | C | Dividend & Cap Gain | L | T | | | | | Note 4 |
| 51. Fidelity, Equity Income, IRA | A | Dividend | K | T | Part Redeem | 12/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Fidelity, Equity Income, IRA | A | Dividend | K | T | Part Redeem | 12/1 | J | | |
| 52. Fidelity, Equity Income Individual | A | Dividend | L | T | Buy | 12/1 | J | | |
| 53. Fidelity, Canada | A | Dividend | J | T | Buy | 8/2 | J | | |
| 54. Fidelity, Latin American | A | Dividend | J | T | Buy | 8/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1. I reported for 2005 that we sold the entire balance of our holdings in "Blackrock" on 12/22/05; however, that was incorrect and my 2005 report at line 23 should be amended to read "part sell" on 12/22.

Note 2. This account is now included in item reported at line 2.

Note 3. Line 17 on my 2005 report was a duplicate of the item listed on line 11. Please amend my 2005 report to eliminate line 17.

Note 4. This item was erroneously shown on my 2005 report as "K." It should have been "L." Please amend my 2005 report accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat̶                                        Date_____ May 16, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544